IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES H. WASHBURN JR.,

    Plaintiff,

  v.

ALEX FAGAN JR., WALTER CONTRERAS, and CITY AND COUNTY OF SAN FRANCISCO, et. al.,

    Defendants.
_____/

KEVIN ROY JORDAN,

    Plaintiff,

  v.

ALEX FAGAN, JR., JASON KRISTAL, and CITY AND COUNTY OF SAN FRANCISCO, et. al.,

    Defendants.
_____/

No. C-03-00869 MJJ (EDL)
No. C-03-01194 MJJ (EDL)

**ORDER FOLLOWING DISCOVERY CONFERENCE**

On May 3, 2005, the Court held a discovery conference in these related cases to address discovery disputes raised in the parties' April 27, 2005 letters to Judge Jenkins. At the conference, the Court gave Plaintiffs leave to file a brief specifically describing the discovery they contend they are entitled to at this late date and why they believe they are entitled to it. Plaintiffs' brief shall be filed no later than May 13, 2005. Defendants' opposition shall be filed no later than May 23, 2005. Plaintiffs may file a reply brief no later than May 26, 2005. The parties shall lodge courtesy copies of all briefs in chambers on the day they are due. A hearing is scheduled for June 7, 2005 at 9:00

1  a.m.  The Court will notify the parties if a hearing is not necessary.

2  **IT IS SO ORDERED.**

3  Dated: May 4, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge