IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY WASHBURN, | No. C 03-0869 MJJ |
| Plaintiff | **ORDER** |
| v. | |
| ALEX FAGAN, JR., et al., | |
| Defendants. | |

At oral argument on May 10, 2005, the parties should be prepared to discuss whether Defendants used excessive force by tackling Plaintiff without warning in light of the following two cases: 1) *Meredith v. Erath*, 342 F.3d 1057 (9th Cir. 2003); and 2) *Santos v. Gates*, 287 F.3d 846 (9th Cir. 2002).

**IT IS SO ORDERED.**

Dated: May 4, 2005

/s/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE