| | |
|---|---|
| 1 | HARRIET ROSS (SBN 25124) |
| | JAI M. GOHEL (SBN 170782) |
| 2 | One Embarcadero Center, Suite 500 |
| | San Francisco, CA 94111 |
| 3 | Tel: (415) 775-3523 |
| | Fax: (415) 775-7491 |
| 4 | |
| 5 | Attorneys for Plaintiff |
| | KEVIN JORDAN |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY WASHBURN, JR., | Case No. C-03-0869-MJJ (EDL) |
| Plaintiff, | Case No. C-03-1194-MJJ (EDL) |
| v. | [~~PROPOSED~~] ORDER WITHDRAWING AND RE-FILING EXHIBIT J TO PLAINTIFFS' 5/13/05 MOTION TO COMPEL FOLLOW-UP *MONELL* AND NEGLIGENT PRACTICES DISCOVERY UNDER SEAL |
| CITY AND COUNTY OF SAN FRANCISCO, etal., | |
| Defendants. | |
| KEVIN ROY JORDAN | |
| v. | |
| ALEX FAGAN, JR., *etal*., | |
| Defendants. | |

Having read and considered "Plaintiffs' Administrative Request to Re-File Exhibit J to Plaintiffs' May 13, 2005 Motion to Compel discovery Under Seal (Civil L.R. 7-11)," and for good cause shown, IT IS HEREBY ORDERED that:

The Clerk of the Court shall cause Exhibit J, filed on May 13, 2005, to be removed from the PACER and/or ECF system, and stricken from the Court Docket in both of the above-entitled actions.

IT IS FURTHER ORDERED that plaintiffs may thereafter re-file Exhibit J under seal.

1

**IT IS SO ORDERED**.

Dated: May 26, 2005

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]*

Order Withdrawing and Re-filing Exhibit J to Plaintiffs' 5/13/05 Motion to Compel Follow-up Monell Discovery under seal