IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. WASHBURN JR.,<br><br>       Plaintiff,<br><br>  v.<br><br>ALEX FAGAN JR., WALTER CONTRERAS, and CITY AND COUNTY OF SAN FRANCISCO, et. al.,<br><br>       Defendants.<br>_____/<br><br>KEVIN ROY JORDAN,<br><br>       Plaintiff,<br><br>  v.<br><br>ALEX FAGAN, JR., JASON KRISTAL, and CITY AND COUNTY OF SAN FRANCISCO, et. al.,<br><br>       Defendants.<br>_____/ | No. C-03-00869 MJJ (EDL)<br>No. C-03-1194 MJJ (EDL)<br><br>**ORDER VACATING JUNE 28, 2005 HEARING ON MOTION TO QUASH DEPOSITION OF DR. LENHART** |

     The Court has received third party witness Dr. Lenhart's request for a continuance of the June 28, 2005 hearing on his Motion to Quash. Although counsel provides good cause for continuing the hearing, the Court has reviewed the Motion to Quash, which is fully briefed, and has determined that the matter is appropriate for decision without oral argument. Further, the dates proposed for a continuance either do not fall on the Court's regular Law & Motion days or would

1  result in a long delay. Accordingly, the June 28, 2005 hearing is vacated and the Court will shortly
2  issue a decision on the Motion to Quash.
3  **IT IS SO ORDERED.**
4  Dated: June 22, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California