DENNIS CUNNINGHAM (SBN 112910)
BEN ROSENFELD (SBN 203845)
115 ½ Bartlett Street
San Francisco, CA 94110
Tel. (415) 285-8091
Fax: (415) 285-8091

Attorney for Plaintiff
JAMES WASHBURN

HARRIET ROSS (SBN 25124)
JAI M. GOHEL (SBN 170782)
One Embarcadero Center, Suite 500
San Francisco, CA 941111
Tel: (415) 775-3523
Fax: (415) 775-7491

Attorneys for Plaintiff
KEVIN JORDAN



FILED
JUN 2 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WASHBURN,<br><br>    Plaintiff,<br><br>v.<br><br>ALEX FAGAN, et. al.,<br><br>    Defendants. | Case Nos.   03-0869-MJJ (EDL)<br>            03-1194-MJJ (EDL)<br><br>**[PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE PORTIONS OF JOINT OPPOSITION TO MOTION TO QUASH DEPOSITION SUBPOENA OF DR. RAND LENHART UNDER SEAL**<br><br>Date:   June 28, 2005<br>Time:   9:00 a.m.<br>Place:  Courtroom E, Hon. Elizabeth LaPorte |
| KEVIN ROY JORDAN,<br><br>    Plaintiff,<br><br>v.<br><br>ALEX FAGAN, et. al.,<br><br>    Defendants. | |

[PROPOSED] ORDER RE:
FILING OPP. TO MOTION TO QUASH
UNDER SEAL                          -1-

Pursuant to Administrative Request made under Civil Local Rule 79-5, IT IS HEREBY ORDERED, that the redacted portions of Opposition to Motion to Quash Deposition Subpoena of Dr. Rand Lenhart, lodged with the Court by Plaintiffs in the above-entitled action, be filed under seal.

The remaining non-redacted portions of Plaintiffs' Opposition shall be e-filed with the Court.

Dated: June 23, 2005

_____
Hon. Elizabeth D. LaPorte
UNITED STATES MAGISTRATE JUDGE