
E-filing

| | |
|---|---|
| 1  DENNIS J. HERRERA, State Bar #139669<br>City Attorney<br>2  JOANNE HOEPER, State Bar #114961<br>Chief Trial Deputy<br>3  SEAN F. CONNOLLY, State Bar #152235<br>DAVID NEWDORF, State Bar #172960<br>4  Deputy City Attorneys<br>Fox Plaza<br>5  1390 Market Street, 6th Floor<br>San Francisco, California 94102-5408<br>6  Telephone:  (415) 554-3863<br>Facsimile:   (415) 554-3837<br>7  E-Mail:       sean.connolly@sfgov.org<br><br>8  Attorneys for Defendants<br>CITY AND COUNTY OF SAN<br>9  FRANCISCO,<br>ALEX FAGAN and WALTER<br>10  CONTRERAS | BEN ROSENFELD, SBN 203845<br>DENNIS CUNNINGHAM, SBN 112910<br>115 ½ Bartlett Street<br>San Francisco, CA 94110<br>Telephone:  415/285-8091<br>Facsimile:   415/285-8092<br><br>Attorneys for Plaintiff<br>JAMES HENRY WASHBURN, JR.<br><br>HARRIET ROSS, SBN 25154<br>JAI GOHEL, SBN 170782<br>One Embarcadero Street, Suite 500<br>San Francisco, CA 94111<br>San Francisco, CA 94109<br>415-775-3523 / fax:  775-7891<br><br>Attorneys for Plaintiff<br>KEVIN JORDAN |

FILED
AUG 0 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY WASHBURN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>San Francisco Police Officers ALEX FAGAN, JR., et al.,<br><br>Defendants.<br>_____<br>KEVIN ROY JORDAN<br><br>v.<br><br>ALEX FAGAN, JR., et al.,<br><br>Defendants. | Case No.  C-03-0869-MJJ (MEJ)<br>Case No.  C-03-1194-MJJ (MEJ)<br><br>[~~PROPOSED~~] **JOINT AMENDED CASE MANAGEMENT CONFERENCE ORDER**<br><br>Date:  July 26, 2005<br>Time:  2:00 p.m.<br>Place:  Ctrm 11, 19th Floor |

Washburn v. CCSF, Case No. C-03-0869-MJJ
Jordan v. CCSF, Case No. C-03-1194-MJJ

1   Joint Case Management Conference Statement (4)

Case 3:03-cv-00869-MJJ  Document 170  Filed 07/27/2005  Page 2 of 4

1   Pursuant to the Court's Status Conference held on July 26, 2005, with all parties present,
2   the court makes the following case management order amendments:
3   Trial in the matter of *Washburn v. CCSF, et al.*, Case No. C-03-0869-MJJ, shall be
4   November 7, 2005, 8:30 a.m.
5   Pretrial Conference in the matter of *Washburn v. CCSF, et al.*, Case No. C-03-0869-MJJ,
6   shall be November 1, 2005, 3:30 p.m.
7   Trial in the matter of *Jordan v. CCSF, et al.*, Case No. C-03-1194-MJJ, shall be
8   December 12, 2005, 8:30 a.m.
9   Pretrial Conference in the matter of *Jordan v. CCSF, et al.*, Case No. C-03-1194-MJJ,
10  shall be December 6, 2005, 3:30 p.m.
11  The parties shall have the following joint deadlines:
12  Last day for plaintiffs to file Amended Opposition to defendants Motion for Summary
13  Judgment (*Monell*): 8/19/05;
14  Last day for plaintiffs to serve defendants with amended report from expert Anthony
    Bouza: 8/19/05;
15
16  Last day for defendants to file Reply to Opposition to Motion for Summary Judgment
    (*Monell*) brief 9/16/05;
17
18  Hearing on (1) defendants' Motion for Summary Judgment (*Monell*) and (2) defendants
    Motion to Bifurcate *Monell* Claims: 9/27/05 9:30 a.m.;
19  Plaintiffs must make expert Anthony Bouza available for deposition before 9/16/05 (depo
20  should occur by 9/14 to incorporate into reply brief);
21  Augmented Expert Reports (other than Anthony Bouza) due by 9/30/05
22  Expert deposition/discovery cutoff: 10/14/05.
23
24  IT IS SO STIPULATED.
25
26
27
28

Washburn v. CCSF, Case No. C-03-0869-MJJ        2        Joint Case Management Conference Statement (4)
Jordan v. CCSF, Case No. C-03-1194-MJJ

Respectfully Submitted,

Dated: July 27, 2005

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SEAN F. CONNOLLY
DAVID B. NEWDORF
Deputy City Attorneys

By: s/
SEAN F. CONNOLLY
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
ALEX FAGAN, JR. and WALTER CONTRERAS

DENNIS CUNNINGHAM
BEN ROSENFELD

By: s/
Dennis Cunningham
Attorneys for Plaintiff Washburn

HARRIET ROSS
JAI GOHEL

By: s/
JAI GOHEL
Attorneys for Plaintiff Jordan

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT

Case 3:03-cv-00869-MJJ   Document 172   Filed 08/01/05   Page 4 of 4

07/27/2005 16:01 FAX 9252742910    CARDOZA LAW OFFICES                                  ☒002/002
Case 3:03-cv-00869-MJJ   Document 170   Filed 07/27/2005   Page 4 of 4  P.04/04

Deputy City Attorneys

By: s/
    SEAN F. CONNOLLY
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
ALEX FAGAN, JR. and WALTER CONTRERAS


DENNIS CUNNINGHAM
BEN ROSENFELD


By: s/
    Dennis Cunningham
Attorneys for Plaintiff Washburn


HARRIET ROSS
JAI GOHEL

By: s/
JAI GOHEL
Attorneys for Plaintiff Jordan

---

Washburn v. CCSF, Case No. C-03-0869-MJJ      3      Joint Case Management Conference Statement (4)
Jordan v. CCSF, Case No. C-03-1104-MJJ