| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Deputy |
| 3 | SEAN F. CONNOLLY, State Bar #152235<br>DAVID B. NEWDORF, State Bar #172960 |
| 4 | Deputy City Attorneys<br>Fox Plaza |
| 5 | 1390 Market Street, 6th Floor<br>San Francisco, California 94102-5408 |
| 6 | Telephone:    (415) 554-3863<br>Facsimile:     (415) 554-3837 |
| 7 | E-Mail:         sean.connolly@sfgov.org |
| 8 | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO, |
| 9 | ALEX FAGAN, JR., WALTER CONTRERAS<br>AND JASON KRISTAL |

**FILED**

DEC 0 9 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES HENRY WASHBURN, JR., | Case No. C03-0869 MJJ |
|---|---|
| Plaintiff, | Case No. C03-1194 MJJ |
| vs. | [PROPOSED] ORDER SETTING SUPPLEMENTAL *MONELL* BRIEFING SCHEDULE RE: ALEX FAGAN |
| SAN FRANCISCO POLICE OFFICERS ALEX FAGAN, JR. (#1942), et al., | |
| Defendants. | |
| KEVIN ROY JORDAN, | |
| Plaintiff, | |
| vs. | |
| ALEX FAGAN, JR., an individual San Francisco Police Officer (Star #1942), et al., | |
| Defendants. | |

ORDER RE SUPPLEMENTAL MSJ BRIEFING
Case No. C03-0869 MJJ/C03-1194 MJJ

N:\LIT\LI2003\031121\00343939.DOC

## ORDER

The Court has stated its intention to decide defendants' motion for partial summary judgment on *Monell* liability before the end of this year (2005). The Court on November 1, 2005, ordered the deposition of defendant Alex Fagan and the production of certain San Francisco police incident reports. That discovery has been completed. The Court therefore ORDERS the following briefing schedule concerning the *Monell* summary judgment motion:

Plaintiffs' joint supplemental opposition brief to summary judgment shall be filed and served by December 8, 2005. Defendants' joint supplemental reply brief shall be filed and served by December 15, 2005. All supplemental briefs shall be limited to three pages, not including exhibits.

IT IS SO ORDERED.

DATED: 12/9/2005

_____
Hon. Martin M. Jenkins
U.S. District Judge