DENNIS CUNNINGHAM (SBN 112910)
BEN ROSENFELD (SBN 203845)
115 ½ Bartlett Street
San Francisco, CA 94110
Tel.  (415) 285-8091
Fax: (415) 285-8091

Attorney for Plaintiff
JAMES WASHBURN

HARRIET ROSS (SBN 25124)
JAI  M. GOHEL (SBN 170782)
One Embarcadero Center, Suite 500
San Francisco, CA 941111
Tel: (415) 775-3523
Fax: (415) 775-7491

Attorneys for Plaintiff
KEVIN  JORDAN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WASHBURN,<br><br>             Plaintiff,<br><br>    v.<br><br>ALEX FAGAN, et. al.,<br><br>             Defendants.<br>_____<br><br>KEVIN ROY JORDAN,<br><br>             Plaintiff,<br>       v.<br><br>ALEX FAGAN, et. al.,<br><br>             Defendants. | Case Nos.   03-0869-MJJ (EDL)<br>                      03-1194-MJJ (EDL)<br><br>**[PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE EXCERPT OF ALEX FAGAN DEPOSITINO UNDER SEAL**<br><br>Date:      n/a<br>Time:     n/a<br>Place:    Hon. Martin J. Jenkins |

**[PROPOSED] ORDER RE:
FILING FAGAN TRANSCRIPT
UNDER SEAL**                                        -1-

Pursuant to Administrative Request made under Civil Local Rule 79-5, IT IS HEREBY ORDERED, that the lodged excerpts of the deposition of Alex Fagan submitted by plaintiffs be filed under seal.

Dated: __2/1/06_____

IT IS SO ORDERED
Judge Martin J. Jenkins

_____
Hon. Martin J. Jenkins
UNITED STATES DISTRICT COURT JUDGE

FILING FAGAN TRANSCRIPT
UNDER SEAL                -2-