1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   DAVID B. NEWDORF, State Bar #172960
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3863
   Facsimile:     (415) 554-3837
7  E-Mail:        sean.connolly@sfgov.org

8

   Attorneys for Defendants
9  ALEX FAGAN, JR. and WALTER CONTRERAS

10

11                   UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

| JAMES HENRY WASHBURN, JR., | Case No. C03-0869 MJJ |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DIRECTING FEDERAL SECURITY SERVICES AND/OR FEDERAL MARSHALL'S SERVICE TO ADMIT INTO THE FEDERAL COURTHOUSE AUDIO/VISUAL ELECTRONIC EQUIPMENT, AND OTHER DEMONSTRATIVE EVIDENCE AIDS FOR TRIAL** |
| vs. | |
| SAN FRANCISCO POLICE OFFICERS ALEX FAGAN, JR. AND WALTER CONTRERAS | |
| Defendants. | |
| | Trial Date:     May 1, 2006 |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants Alex Fagan and Walter Contreras ("Defendants") seek an Order from the Court directing the Federal Marshall and/or Federal Security Services, to allow into the Federal Courthouse certain audio/visual electronic equipment, and other demonstrative aids, for use at trial in the above referenced matter.

ORDER FOR AUDIO/VIDEO                1                N:\LIT\LI2003\031121\00372853.DOC
CASE NO. C03-0869 MJJ

Defendants request admission into the courthouse with the following: (1) tape recorder; (2) laptop computer; (3) television; (4) DVD/VCR; (5) oversized Projector Screen; (6) extension cords; (7) projector; (8) oversized foam backed cardboard Exhibits.

Dated: April 27, 2006

                                            DENNIS J. HERRERA
                                            City Attorney
                                            JOANNE HOEPER
                                            Chief Trial Deputy
                                            SEAN CONNOLLY
                                            DAVID B. NEWDORF
                                            Deputy City Attorneys

By: /s/
       SEAN F. CONNOLLY

Attorneys for Defendants
ALEX FAGAN, JR. and WALTER CONTRERAS

**ORDER**

It is so ordered.

Dated: 4/27/2006

Martin J. Jenkins
United States District Court