E-filing

FILED
MAY 12 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY WASHBURN,<br><br>    Plaintiff,<br><br>v.<br><br>ALEX FAGAN, JR., et al.<br><br>    Defendant. | C-03-0869 MJJ<br>C-03-1194 MJJ<br><br>**ORDER** |

It is hereby ordered that the United States Marshal sequester the jury of eight in the above matter during their deliberations at the United States Courthouse in San Francisco, California and furnish them with meals at the expense of the United States.

The jury shall be sequestered commencing May 12, 2004, until conclusion of trial proceedings.

**IT IS SO ORDERED.**

Dated: May 12, 2006

                                                      MARTIN J. JENKINS
                                                      UNITED STATES DISTRICT JUDGE