IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. WASHBURN JR., | No. C-03-00869 MJJ (EDL) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE** |
| v. | |
| SAN FRANCISCO POLICE OFFICERS ALEX FAGAN, JR. AND WALTER CONTRERAS, et al., | |
| Defendants. / | |

On August 23, 2006, Plaintiff filed a motion to strike Defendants' Reply to Opposition to Bill of Costs, which was referred to this Court for resolution. On September 19, 2006, Defendants filed an opposition to Plaintiff's motion to strike. Because this matter is appropriate for decision without oral argument, the October 10, 2006 hearing is vacated.

Following entry of judgment, Defendants filed a bill of costs on July 28, 2006 and a corrected bill of costs on August 1, 2006. Civil L.R. 54-1. As permitted by the Local Rules, Plaintiff filed an opposition to the bill of costs. Civil L.R. 54-2. The Local Rules do not provide for the filing of a reply, but Defendants did so on August 18, 2006. Because Defendants filed the reply without leave of court or a request by the clerk for further documentation (Civil L.R. 54-4(a)), Plaintiff's motion to strike the reply brief is granted.

To the extent that Plaintiff's motion to strike seeks to correct alleged misstatements contained in Defendants' reply brief, it is moot. To the extent that Plaintiff's motion to strike seeks any other relief, it is denied. Defendants' purported motion to strike alleged improper argument in Plaintiff's opposition to the bill of costs is denied for failure to file a separate motion pursuant to

1 | Civil Local Rule 7-1.

2 | **IT IS SO ORDERED.**
Dated: October 4, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge