DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:      (415) 554-3837
E-Mail:          sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
ALEX FAGAN, JR. and WALTER CONTRERAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES HENRY WASHBURN, JR., | Case No. C03-0869 MJJ |
|---|---|
| Plaintiff, | **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S NOTICE OF INTENT TO FILE OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE REQUEST FOR CERTIFICATION THAT THE APPEAL IS NOT FRIVOLOUS AND FOR ORDER FOR TRANSCRIPTS AT GOVERNMENT EXPENSE; AND** |
| vs. | |
| SAN FRANCISCO POLICE OFFICERS ALEX FAGAN, JR. (#1942) AND WALTER CONTRERAS (#1082), THE CITY AND COUNTY OF SAN FRANCISCO, AND DOES 1 through 20, inclusive, | |
| Defendants. | **STIPULATION BY THE PARTIES REGARDING A SCHEDULING ORDER;** |
| | **[PROPOSED] ORDER** |

TO THE DISTRICT COURT AND TO ALL PARTIES:

WHEREAS plaintiff has filed a request for certification that plaintiff's appeal is not frivolous and plaintiff's motion for transcripts at government expense;

1  WHEREAS defendants, City and County of San Francisco, *et al*, intend to file an
2 opposition to plaintiff's request for certification that plaintiff's appeal is not frivolous and
3 plaintiff's motion for transcripts at government expense;

4  WHEREAS plaintiff seeks relief under a federal statute (*i.e.*, 28 USC §753(f)), the
5 characterization of the motion as an "administrative request" pursuant to Civ. L.R. 7-11 may be
6 in error as Civ. L.R. 7-11 specifically precludes from administrative relief "matters, not
7 otherwise governed by federal statute." Civ. L.R. 7-11;

8  WHEREAS plaintiff is seeking relief governed by 28 USC §753(f), a federal statute, the
9 parties have met and conferred and defendants have stated that the relief sought is not
10 "administrative" in nature;

11  WHEREAS the time limits to respond are different when opposing a motion for
12 administrative relief[1], than when opposing a regularly noticed motion,[2] and because the Ninth
13 Circuit Order of May 10, 2007, states that transcripts are due on June 25, 2007, and because
14 defendants recognize that a shorter briefing schedule than that dictated under Civ. L.R. 7-2 may
15 be appropriate;

16  WHEREAS the parties have met and conferred regarding a briefing schedule and have
17 STIPULATED that defendants shall file an opposition to plaintiff's motion by TUESDAY, MAY
18 29, 2007.

19 //
20 //
21 //
22 //
23 //
24 //

---

[1] Civ. L.R. 7-11 requires an opposition three days after the filing of such a motion. L.R. 7-11(b); FRCP Rule 6 adds additional time if the third day falls on a weekend.

[2] Civ. L.R. 7-2 requires 35 days notice and an opposition 21 days before the hearing date.

1  IT IS SO STIPULATED

2  Dated:  May 16, 2007

3
                                  SEAN CONNOLLY
4                                   Deputy City Attorney

5
                                By:  s/
6                                   SEAN F. CONNOLLY
                                  Attorneys for Defendants

7  Dated: May 16, 2007

8                                   DENNIS CUNNINGHAM

9
                                By:  s/
10                                  DENNIS CUNNINGHAM
                                 Attorneys for Plaintiff
11

12
13  IT IS SO ORDERED:

14    Dated: 5/18/2007                  By: *[signature: Martin J. Jenkins]*
                                    HON. MARTIN J. JENKINS
15                                   UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28